UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 15-1152 AG(JC) | Date | October 28, 2015 |
|---|---|---|---|
| Title | Sonny Verdugo Eldridge v. Jeffrey Beard | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| none | none |

**Proceedings:**   (IN CHAMBERS)

**ORDER TO SHOW CAUSE REGARDING PETITIONER'S FAILURE TO COMPLY WITH COURT ORDER AND TO FILE STATUS REPORT**

On June 7, 2015, petitioner Sonny Verdugo Eldridge ("petitioner"), who is in custody and is proceeding *pro se*, signed and is deemed to have constructively filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition") with an attached memorandum ("Petition Memo ") and exhibits ("Petition Ex."). The Petition challenges a 2013 conviction in San Bernardino County Superior Court, on the following essential grounds: (1) the trial court improperly admitted petitioner's prior arrest for possession for sale of marijuana as a predicate offense to prove both a substantive gang count and gang enhancements (Ground One); (2) petitioner's trial counsel was ineffective in multiple respects (Ground Two); (3) the prosecutor committed misconduct in closing argument (Ground Three); (4) cumulative error (Ground Four); (5) petitioner's appellate counsel was ineffective in multiple respects (Ground Five); and (6) the evidence of identity was insufficient to support his conviction (Ground Six). (Petition at 5-6; Petition Memo at 8-26). The Petition affirmatively reflects that Ground One has been exhausted, but that Grounds Two through Six have not been exhausted. (Petition at 5-7). Petitioner, who recognizes that the Petition is "mixed," concurrently filed a Request to Stay and Abey [the] Petition []" ("Motion to Stay"), seeking to stay the Petition and this action pending his exhaustion of the unexhausted claims.

By order dated September 5, 2015 ("September Order"), the District Judge granted the Motion to Stay and directed petitioner, beginning thirty (30) days from the date of the September Order and every sixty (60) days thereafter, to file a status report detailing the status of the state court proceedings in issue. The September Order further expressly cautioned petitioner that the failure to meet any of the time requirements contained in the September Order would result in an order vacating the stay, *nunc pro tunc*, might preclude consideration of the unexhausted claims, and might result in the dismissal of this action for lack of prosecution.

Although well over thirty (30) days have passed since the issuance of the September Order, petitioner has failed timely to file the initial required status report. Petitioner has likewise failed to seek an extension of time to file such status report. Nor has petitioner requested or been excused from the obligation timely to file such report.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 15-1152 AG(JC) | Date | October 28, 2015 |
|---|---|---|---|
| Title | Sonny Verdugo Eldridge v. Jeffrey Beard | | |

    IT IS THEREFORE ORDERED:  By no later than **November 17, 2015**, petitioner shall show cause, if there be any (1) for his failure timely to file the required status report; and (2) why this action should not be dismissed based on petitioner's failure to file the required status report, to comply with the District Judge's order, and/or petitioner's failure to prosecute.  **Petitioner is cautioned that the failure timely to comply with this Order to Show Cause may result in the dismissal of this action based upon petitioner's failure to comply with Court's orders and/or petitioner's failure to prosecute this action, or may result in an order vacating the stay, *nunc pro tunc*, which may preclude consideration of his unexhausted claims.**

    IT IS SO ORDERED.

    Initials of Deputy Clerk:  hr